## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## (URBANA DIVISION)

| | |
|---|---|
| NICOLE PEPPERS, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-cv-2190-CSB-EIL |
| v. | ) |
| CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP. and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC., | ) |
| Defendants. | ) |

## DEFENDANT FIRST CONTACT LLC'S ANSWER TO

## AMENDED COMPLAINT

Defendant First Contact LLC ("Defendant"), by its undersigned attorneys, file this Answer and Affirmative Defenses to the Amended Complaint ("Complaint") of plaintiff Nicole Peppers ("Plaintiff") as follows:

### INTRODUCTION/PRELIMINARY STATEMENT

### RESPONSE NO. 1

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 2**

Defendant admits that Plaintiff previously named Credit One Bank, N.A. in this action. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

**RESPONSE NO. 3**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 4**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**PARTIES**

**RESPONSE NO. 5**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 6**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 7**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 8**

Defendant admits that First Contact LLC is a limited liability company with its principal place of business located at 200 Central Ave., 7th Floor, St. Petersburg, Florida 33701. Defendant denies the remaining allegations in this paragraph.

## JURISDICTION AND VENUE

### RESPONSE NO. 9

Defendant admits that jurisdiction is proper.

### RESPONSE NO. 10

Defendant admits that venue is proper.

## ALLEGATIONS OF FACTS

### RESPONSE NO. 11

Defendant re-alleges and incorporates paragraphs 1 through 10 above as if fully set forth herein.

### RESPONSE NO. 12

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

### RESPONSE NO. 13

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

### RESPONSE NO. 14

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

### RESPONSE NO. 15

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

### RESPONSE NO. 16

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 17**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 18**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 19**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 20**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 21**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 22**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 23**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 24**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 25**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 26**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 27**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 28**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 29**

Defendant denies the allegations in this paragraph.

**FIRST CAUSE OF ACTION**

**(Violations of the TCPA against Credit One Bank)**

**RESPONSE NO. 30**

Defendant re-alleges and incorporates paragraphs 1 through 29 above as if fully set forth herein.

**RESPONSE NO. 31**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 32**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 33**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 34**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 35**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 36**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 37**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 38**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 39**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 40**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**SECOND CAUSE OF ACTION**

**(Violations of the TCPA against GC SERVICES)**

**RESPONSE NO. 41**

Defendant re-alleges and incorporates paragraphs 1 through 40 above as if fully set forth herein.

**RESPONSE NO. 42**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 43**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 44**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 45**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 46**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 47**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 48**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 49**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 50**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 51**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 52**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 53**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 54**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**THIRD CAUSE OF ACTION**

**(Violations of the TCPA against First Contact LLC)**

**RESPONSE NO. 55 (ERRONEOULSY NUMBERED 1)**

Defendant re-alleges and incorporates paragraphs 1 through 54 above as if fully set forth herein.

**RESPONSE NO. 56 (ERRONEOULSY NUMBERED 2)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 57 (ERRONEOULSY NUMBERED 3)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 58 (ERRONEOULSY NUMBERED 4)**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 59 (ERRONEOULSY NUMBERED 5)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 60 (ERRONEOULSY NUMBERED 6)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 61 (ERRONEOULSY NUMBERED 7)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 62 (ERRONEOULSY NUMBERED 8)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 63 (ERRONEOULSY NUMBERED 9)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 64 (ERRONEOULSY NUMBERED 10)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 65 (ERRONEOULSY NUMBERED 11)**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

**RESPONSE NO. 66 (ERRONEOULSY NUMBERED 12)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 67 (ERRONEOULSY NUMBERED 13)**

Defendant denies the allegations in this paragraph.

**RESPONSE NO. 68 (ERRONEOULSY NUMBERED 14)**

Defendant denies the allegations in this paragraph.

**DEMAND FOR JURY TRIAL**

**RESPONSE NO. 69 (ERRONEOULSY NUMBERED 15)**

Defendant admits that Plaintiff seeks a jury trial.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

**(Consent)**

1.  For its first affirmative defense to all causes of action alleged in the Complaint, Defendant alleges on information and belief that Defendant had consent for the subject calls.

**Second Affirmative Defense**

**(Good Faith Defense)**

2.  For its second affirmative defense, Defendant alleges it had a good-faith basis to believe that any calls to the Plaintiff from Defendant were made in good faith based on

Defendant's understanding Plaintiff had provided consent to the creditors on whose behalf Defendant sought to collect a debt.

## THIRD AFFIRMATIVE DEFENSE

### (Unintentional Violation/Bona Fide Error)

3.      For its third affirmative defense, Plaintiff's claims are barred because any violation by Defendant was unintentional and resulted from a good faith error notwithstanding the fact that Defendant maintains procedures reasonably adapted to avoid any such error.

## FOURTH AFFIRMATIVE DEFENSE

### (Superseding Cause)

4.      For its fourth affirmative defense, any purported damages suffered by Plaintiff were caused in whole or in part by the actions or omissions of third parties over whom Defendant had no control, authority, or responsibility and the conduct of said third parties constitutes an intervening or superseding cause of Plaintiff's alleged damages, if any.

### Additional Defenses

Defendants reserve their right to amend this answer and assert any additional affirmative defenses that may be revealed during the course of discovery.


DATED:      March 26, 2018            KATTEN MUCHIN ROSENMAN LLP


                                      By:      /s/   William J. Dorsey
                                              Attorneys for Defendants
                                      FIRST CONTACT, LLC a/k/a IQOR HOLDINGS