IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| NICOLE PEPPERS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP. and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,<br><br>Defendants. | C.A. No. 2:17-cv-02190-CSB-EIL |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 24, 2020 Stipulation of Dismissal, the individual claims asserted by Plaintiff in Civil Action No. 2:17-cv-02190-CSB-EIL are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2020.**

_____
Honorable Colin Stirling Bruce
United States District Judge