Yitzchak Zelman, *Admitted Pro Hac Vice*
Yzelman@marcuszelman.com
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
*Attorney for Plaintiff*
*Nicole Peppers*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| NICOLE PEPPERS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP. and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,<br><br>Defendants. | **C.A. No. 2:17-cv-02190-CSB-EIL** |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendants CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP. and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC. in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:   April 24, 2020  /s/ Yitzchak Zelman_____
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: Yzelman@marcuszelman.com
*Attorney for Plaintiff*

/s/ Morgan I. Marcus_____
Morgan I. Marcus
Sessions, Fishman, Nathan & Israel
141 W. Jackson Blvd., Ste. 3550
Chicago, Illinois 60604
Tel: (312) 578-0985
Fax: (877) 334-0661
Email: mmarcus@sessions.legal
*Attorney for Defendant*
*Credit One Bank, N.A.*

/s/ Charles A. DeVore_____
Charles A. DeVore
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, Illinois 60661
Tel: (312) 902-5478
Fax: (312) 902-1061
Email: charles.devore@kattenlaw.com
*Attorney for Defendant*
*First Contact, LLC*

/s/ Jill M. Felkins_____
Jill M. Felkins
Segal McCambridge Singer & Mahoney
233 South Wacker Drive – Suite 5500
Chicago, Illinois 60606
Tel: (312) 645-7800
Fax: (312) 645-7711
Email: jfelkins@smsm.com
*Attorney for Defendant*
*GC Services Limited Partnership*

STIPULATION OF DISMISSAL