# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **NICOLE PEPPERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 17-CV-2190 |
| ) | |
| **CREDIT ONE BANK N.A., GC SERVICES** ) | |
| **LIMITED PARTNERSHIP, and FIRST** ) | |
| **CONTACT, LLC a/k/a IQOR HOLDINGS,** ) | |
| **INC.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

THAT pursuant to the parties' April 24, 2020 Stipulation of Dismissal, the individual claims asserted by Plaintiff in Civil Action No. 2:17-CV-02190-CSB-EIL are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

All pending motions are hereby terminated. This case is terminated.

ENTERED this 24th day of April, 2020.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE